AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Bigelow Aerospace, LLC,

              Plaintiff,

v.

National Aeronautics and Space Administration,

              Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-00494-GMN-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered on behalf of Defendant. This matter is now closed.

2/28/2022
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk